Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Freeway, Suite 1100
Irving, Texas 75062
(214) 855-9200

UNITED STATES BANKRUPTCY COURT
Northern District of Texas

IN RE:  Case No: 05-33635-BJH-13

ASHLEY LYNNE COLE

   Debtor(s)

## Notice to Deposit Unclaimed Funds

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has/have not been negotiated.

Dispostion of Case: Dismissed

__X__   Chapter 13 case was dismissed pre-/post confirmation and there were APD's (Authorization for pre-confirmation disbursements) on file. Final disbursement was made to APD creditors, attorney, and trustee with the balance being paid to the debtor.

Name of payee on unclaimed check:                     Amount:
    Clerk of the Bankruptcy Court FBO                 $  6,950.62
    ASHLEY LYNNE COLE
    16807 DAVENPORT RD

    DALLAS TX 75248


Dated: July 17, 2006                                  /s/Thomas D. Powers
                                                      Office of the Standing
                                                      Chapter 13 Trustee

## Certificate of Service

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed to the following parties on July 17, 2006

(X)  United States Trustee
     1100 Commerce Street, Room 9C60
     Dallas, TX 75242


(X)  Debtor(s) Attorney of Record:
     JULIANNE M PARKER PC
     3303 LEE PKWY NO 305
     DALLAS TX 75219                                  /s/Thomas D. Powers
                                                      Office of the Standing
                                                      Chapter 13 Trustee